Compiler of Law

FILED
SUPERIOR COURT
OF GUAM

2007 JUN -8 PM 2: 37

CLERK OF COURT

BY.........................

## IN THE SUPERIOR COURT OF GUAM

Attorney General of Guam,

Plaintiff,

v.

Carl T.C. Gutierrez; Davina M. Lujan; Robert H. Kono; Phillip J. Tydingco; Brooks Lynch Tydingco & Quan, LLP: Vivien Baytoyan-Sagisi; and Does A-M,

Defendant.

CASE NO. CV0166-03

**DECISION AND ORDER**
re: clerical errors

Having reviewed the court's June 4, 2009, Findings of Fact and Conclusions of law in this matter the court recognizes that it inadvertently made four clerical errors on page 19. Pursuant to Rule 60(a) of the Guam Rules of Civil Procedure the court has corrected page 19 of its Findings of Fact and Conclusions of Law.

So Ordered this June 5th 2009.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagatna, Guam.

JUN 0 8 2009

Esther D.S. Pinaula
Deputy Clerk, Superior Court of Guam

Richard H. Benson
Judge *Pro Tempore*, Superior Court of Guam

includes particular language in one section but omits it in another it is generally presumed that the legislature acts intentionally and purposely in the disparate inclusion or exclusion). Plaintiff's fourth cause of action is therefore dismissed.

## CONCLUSION

For the above reasons and pursuant to the mandates of Sections 7102 and 7103 of the Guam Code. Plaintiff is entitled to a personal judgment against Defendant Gutierrez for $300,000.00 and Defendant Lujan for $100,000.00, for a total judgment of $300,000.00 to be paid to the Government Guam as of the date of this order. Defendant Lujan and Defendant Gutierrez are jointly and severally liable for $100,000.00 of the $300,000.00 judgment. Plaintiff shall prepare and file a judgment, which has been approved as to form by Defendants, within the next 14 days.

**SO ORDERED**, this June 4th, 2009.

Richard H. Benson

Richard H. Benson
Judge *Pro Tempore*, Superior Court of Guam

I do hereby certify that this document is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna. Guam.

JUN 0 8 2009

Esther L/S/ Pinaula
Deputy Clerk, Superior Court of Guam